**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION (DAYTON)**

| | | |
|---|---|---|
| LELAND FOSTER, | : | Case No. 3:25-cv-00311 |
| Plaintiff, | : | District Judge Michael J. Newman |
| vs. | : | Magistrate Judge Caroline H. Gentry |
| SHREE RAM, K., INC., | : | |
| Defendant. | : | |

## ORDER TRANSFERRING REFERENCE

This case is hereby ordered to be transferred from Magistrate Judge Caroline H. Gentry to Magistrate Judge Peter B. Silvain, Jr.

*s/ Caroline H. Gentry*
Caroline H. Gentry
United States Magistrate Judge